IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GIBRIL NDASSA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-00927-DAE |
| | § | |
| COLLINS, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Gibril Ndassa's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 1) and Federal Respondents'[1] Response (Dkt. # 5).  The Court requires more information before it can rule on the Petition.

In their response, Federal Respondents contend that Petitioner has a prior conviction from 2023 for Terroristic Threat.  (Dkt. # 4 at 2.)  The Petition, however, does not mention whether Petitioner has any criminal history outside of his recent arrest and conviction for misdemeanor trespass.  (<u>See</u> Dkt. # 1.)

---

[1] Federal Respondents include Miguel Vergara, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security ("DHS"); DHS; and Todd Blanche, United States Attorney General.

1

Accordingly, the Court will **ORDER** Petitioner to submit a reply to Federal Respondents' Response addressing the arguments made therein **on or before Tuesday, April 28, 2026**.  The Court further **ORDERS** Petitioner to address in its reply whether Petitioner has any criminal convictions outside of his 2023 conviction for Terroristic Threat and his recent conviction for trespass.  If he does, the Court further requires that Petitioner provide additional information about those convictions.

　　**IT IS SO ORDERED**.

　　**DATED**: Austin, Texas, April 21, 2026.

_____
David Alan Ezra
Senior United States District Judge