IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GIBRIL NDASSA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-00927-DAE |
| | § | |
| COLLINS, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Petitioner Gibril Ndassa's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents'[1] Response (Dkt. # 5).  The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on Tuesday, July 14, 2026</u>**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Please provide further details to the Court with respect to Petitioner's 2023 conviction for terroristic threat.

---

[1] Federal Respondents include Miguel Vergara, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security ("DHS"); DHS; and Todd Blanche, United States Attorney General.

2. Based on the representations made by Petitioner in his Reply, it appears to the Court that Petitioner was encountered by immigration authorities after his 2023 conviction for terroristic threat and then subsequently released.  (See Dkt. # 8 at 3.)  Is this correct? If so, please provide further details.

3. When was Petitioner originally granted Temporary Protected Status? Did this occur after the 2023 conviction?

4. Please describe further the connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

5. Please describe further the conditions Petitioner is experiencing while in immigration detention.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 30, 2026.

_____
David Alan Ezra
Senior United States District Judge

2